# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

F I L E D

AUG 1 2 2008

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

ERIC E. MILLER,                    )
                                   )
      Plaintiff,                   )
                                   )
v.                                 )          Civil Action No. 3:08CV416-HEH
                                   )
UNKNOWN,                           )
                                   )
      Defendant.                   )

## MEMORANDUM OPINION

The Court conditionally docketed Plaintiff's action by Memorandum Order entered on July 9, 2008. In that Memorandum Order, the Court directed Plaintiff, *inter alia*, to complete and return an affidavit in support of his request to proceed *in forma pauperis* to the Court. The July 9, 2008 Memorandum Order was returned to the Court by the United States Postal Service on July 22, 2008 marked "Unclaimed" and "RETURNED TO SENDER." Plaintiff's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

                                             /s/
                                     Henry E. Hudson
                                     United States District Judge

Date: *Aus. 11, 2008*
Richmond, Virginia